JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Abigail A. Zelenski (SBN 228610)
David Zelenski (SBN 231768)
114 N. Brand Avenue, Suite 200
Glendale, California 91203
Telephone:  818.630.7280
Facsimile:  888.897.1697
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com

*Attorneys for Plaintiffs*

BUCKLEYSANDLER LLP
Frederick S. Levin (SBN 187603)
Richard E. Gottleib (Admitted *Pro Hac Vice*)
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone:  310.424.3984
Facsimile:  310.424.3960
Flevin@Buckleysandler.com
Rgottleib@Buckleysandler.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BRANCA and LISA DIFFINE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, a Florida limited liability company; OCWEN FINANCIAL CORP., a Florida corporation; and DOES 1–10,<br><br>    Defendants. | Case No. CV 13-7502-BRO (Ex)<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO DISCOVERY AND EXTENDING TIME FOR PLAINTIFFS TO MOVE FOR CLASS CERTIFICATION**<br><br>*([Proposed] Order Filed Concurrently Herewith)*<br><br>*Assigned to Hon. Beverly Reid O'Connell, Courtroom 14* |

This Stipulation is made by and between Plaintiffs Valerie Branca and Lisa Diffine ("Plaintiffs"), by and through their counsel, and Defendant Ocwen Loan Servicing, LLC ("OLS"), by and through its counsel. Plaintiffs and OLS are collectively referred to herein as the "Parties."

## *RECITALS*

**WHEREAS**, on December 24, 2013, Plaintiffs purportedly served by mail a first set of written discovery requests on OLS consisting of (1) Plaintiff Valerie Branca's Interrogatories to Defendant Ocwen Loan Servicing, LLC (Set One); (2) Plaintiff Valerie Branca's Requests for Admissions to Defendant Ocwen Loan Servicing, LLC (Set One); (3) Plaintiff Valerie Branca's Requests for Production of Documents and Things to Defendant Ocwen Loan Servicing, LLC (Set One); (4) Plaintiff Lisa Diffine's Interrogatories to Defendant Ocwen Loan Servicing, LLC (Set One); (5) Plaintiff Lisa Diffine's Requests for Admissions to Defendant Ocwen Loan Servicing, LLC (Set One); and (6) Plaintiff Lisa Diffine's Requests for Production of Documents and Things to Defendant Ocwen Loan Servicing, LLC (Set One) (collectively, "Plaintiffs' Written Discovery Requests"). In the aggregate, Plaintiffs served 236 written requests including 74 Requests for Admission and 45 Interrogatories.

**WHEREAS**, Defendant purports that the discovery mailed by Plaintiffs did not arrive at the offices of Defendants' counsel until approximately January 8, 2014, and the Parties stipulated to extend the time for OLS to respond to Plaintiffs' Written Discovery Requests from January 27, 2014, to February 7, 2014.

**WHEREAS**, OLS's counsel have represented to Plaintiffs' counsel that OLS requires additional time to respond to Plaintiffs' Written Discovery Requests including, but not limited to, by providing substantive responses and making objections. The Parties therefore agree to extend the time within which OLS has to respond to Plaintiffs' Written Discovery Requests by an additional fourteen days, so that OLS's responses are due on February 21, 2014.

**WHEREAS**, Plaintiffs have served Notices of Deposition consisting of (1)

Plaintiffs' Notice of Deposition of Ocwen Loan Servicing, LLC's Person(s) Most Qualified pursuant to Federal Rule of Civil Procedure 30(b)(6), set for February 17, 2014; (2) Plaintiffs' Notice of Deposition of Ocwen Loan Servicing, LLC's Customer Service Representative "Jeff," set for February 18, 2014; and (3) Plaintiff's Notice of Deposition of Ronald M. Faris, set for February 14, 2014.

**WHEREAS**, Plaintiffs will need an opportunity to review OLS's responses and documents in response to Plaintiffs' Written Discovery Requests prior to conducting the noticed depositions and the parties also wish to continue to meet and confer to resolve without court intervention, if possible, certain potential objections to the depositions that OLS has already identified to Plaintiffs, the Parties therefore agree that the noticed depositions shall be continued by twenty-eight days from the dates originally noticed or until such other dates as the parties may mutually agree.

**WHEREAS**, on October 16, 2013, the Parties filed a Stipulation Extending Plaintiffs' Time to File Motion for Class Certification (L.R. 23-3) [Docket No. 7] to accommodate the filing of Plaintiffs' amended complaint and related briefing by Defendants.

**WHEREAS**, on October 22, 2013, this Court entered an Order Granting Stipulation Extending Plaintiffs' Time to File Motion for Class Certification [Docket No. 10], which Order set a class-certification filing deadline of March 24, 2014.

**WHEREAS**, in light of the agreed-upon extended time periods, the Parties agree that Plaintiffs shall have an additional twenty-one days to file their motion for class certification, so that Plaintiffs' filing deadline for their motion for class certification shall be continued to April 14, 2014.  The Parties also agree that, if the Court does not extend the current March 24, 2014 date for filing, OLS shall not assert an objection to Plaintiffs' class-certification motion based on the failure to meet the March 24, 2014 date as long as such motion for class certification is filed no later than April 14, 2014. Plaintiffs agree that if the Court does not approve the extended discovery deadlines granted to OLS that OLS will have an opportunity to respond to Plaintiffs' Written Discovery Requests, that

its objections to Plaintiff's Written Discovery Requests shall be preserved, and that there will be no deemed admissions arising from reliance on the extended deadline so long as OLS responds on or before February 21, 2014.

### *STIPULATION*

**WHEREFORE**, the Parties **STIPULATE** as follows:

1. The deadline for OLS to respond to Plaintiffs' Written Discovery Requests is extended to February 21, 2014.

2. The dates set forth in the above-described Notices of Deposition are continued by twenty-eight days from the dates originally noticed or to such other dates as the parties mutually agree.

3. Plaintiffs shall file their motion for class certification no later than April 14, 2014.

4. Each party may rely on and enforce the agreements made in the Recitals by the other.

**IT IS SO STIPULATED.**

Dated:  February 5, 2014                    JAURIGUE LAW GROUP

                                            /s/ *Abigail Zelenski* [1]
                                            Michael J. Jaurigue
                                            Abigail A. Zelenski
                                            David Zelenski
                                            *Attorneys for Plaintiffs*


Dated:  February 5, 2014                    BUCKLEYSANDLER LLP

                                            /s/
                                            Frederick S. Levin
                                            Richard E. Gottleib
                                            *Attorneys for Defendants*

---

[1] Pursuant to Central District of California Local Rule 5-4, I attest that all of the signatories listed on this signature page, and on whose behalf this filing is submitted, concur in the filing's content.