JS-6

1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VALERIE BRANCA and LISA DIFFINE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. CV 13-7502-BRO-E<br><br>*Assigned to Hon. Beverly Reid O'Connell*<br><br>**ORDER TO DISMISS ENTIRE COMPLAINT WITH PREJUDICE** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        IT IS HEREBY ORDERED THAT:

3        1.       The complaint in the above-captioned action, including all causes of

4   action alleged therein, is hereby dismissed with prejudice; and,

5        2.       All Parties shall bear their own attorneys' fees and costs.

6
**IT IS SO ORDERED.**

7

8
Dated:  October 30, 2014      _____

9                              HONORABLE BEVERLY REID O'CONNELL

10                             UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28